[Civ. No. 7783. First Appellate District, Division Two.—March 19, 1931.]

In the Matter of the Estate of MARY SLINGSBY, Deceased. BANK OF ITALY NATIONAL TRUST AND SAVINGS ASSOCIATION, Executor and Appellant.

Rich & Weis and Emerson W. Read for Appellant.

Morrison, Hohfeld, Foerster, Shuman & Clark, Keyes & Erskine and Charles Josef Carey, *Amici Curiae* for reversal.

Warren Steel and Homer Lingenfelter, *Amici Curiae* for affirmance.

SPENCE, J.—■ The facts and questions involved herein have been discussed in the opinion in *Estate of Smith* (No. 7781), *ante*, p. 680 [297 Pac. 927], this day filed, and this appeal may be decided upon the authority of that opinion. The trial court is directed to correct the order and decree appealed from in accordance with the views expressed in that opinion by charging the executor with interest in the sum of $128.57 and no more, and so corrected and modified, said order and decree are and each of them is affirmed without costs.

Nourse, P. J., and Sturtevant, J., concurred.